UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FINANCIAL GUARANTY INSURANCE
COMPANY,

                Plaintiff,                12 **CIVIL** 7372 (KBF)

    -against-                            **JUDGMENT**

THE PUTNAM ADVISORY COMPANY, LLC,

                Defendant.
------------------------------------------------------------X

      Whereas Defendant having moved to dismiss the Second Amended Complaint ("SAC") pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure (Doc. # 23) on October 15, 2013, and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on April 18, 2014, having rendered its Opinion (Doc. # 33), granting Defendant's motion, and dismissing the SAC, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated April 28, 2014 (Doc. # 33), the Defendant's motion to dismiss the SAC is granted and the SAC is dismissed.

**DATED:**  New York, New York
           April 28, 2014

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                    **BY:**
                                                    **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  4/28/2014