**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100



WRITER'S DIRECT DIAL NO.
(212) 849-7197

WRITER'S INTERNET ADDRESS
paulhughes@quinnemanuel.com

September 14, 2015

VIA FACSIMILE
(212) 805-7925

Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10017-1312



Re:   *Financial Guaranty Insurance Company v. The Putnam Advisory Company, LLC* (1:12-cv-07372-RWS)

Dear Judge Sweet:

We represent plaintiff Financial Guaranty Insurance Company in the above-referenced matter. The Court has scheduled oral argument on defendant The Putnam Advisory Company, LLC's ("Defendant") Motion to Compel Discovery for September 30, 2015. (ECF No. 60.) Unfortunately, we have a prior conflict on that date. We are available on October 7, 2015. We have conferred with counsel for Defendant, who have confirmed that they are also available on that date. We therefore respectfully request that the Court reschedule oral argument for October 7, 2015.

Thank you for your consideration.

Respectfully,

*/s/ Paul P. Hughes*

Paul P. Hughes

So ordered
Sweet USDJ
9-14-15

Cc:   Counsel for Defendant (by e-mail)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS