IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINANCIAL GUARANTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE PUTNAM ADVISORY COMPANY, LLC,<br><br>　　　　　Defendant. | Case No. 12-cv- 7372 (RWS)<br><br>ECF CASE<br>Electronically Filed<br><br>**Contains Confidential Information Under the Court Order Dated June 3, 2015 [ECF No. 47]** |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: September 21, 2018

Sean P. Baldwin
Margaret M. England
SELENDY & GAY, PLLC
1290 Avenue of the Americas
New York, NY  10104
Telephone: 212-390-9000
E-mail: sbaldwin@selendygay.com
mengland@selendygay.com

*Attorneys for Plaintiff Financial Guaranty Insurance Company*

**Contains Confidential Information**

**Filed Under Seal Pursuant to**

**Court Order Dated June 3, 2015 [ECF No. 47]**