UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FINANCIAL GUARANTY INSURANCE COMPANY,

                Plaintiff,

-against-

The Putnam Advisory Company, LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2019____
```

12 Civ. 7372(AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiff brings this action against The Putnam Advisory Company, LLC, invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332.  ECF No. 22 ¶ 22.  If the Putnam Advisory Company, LLC is, indeed, a limited liability company, as its name would imply, then the complaint should have alleged the citizenship of natural persons who are members of the limited liability company and the place of incorporation and principal place of business of any corporate entities who are members of the limited liability company.  By **April 29, 2019**, Defendant shall file a letter setting forth the citizenship of each constituent person or entity at the time the complaint was filed.  *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-52 (2d Cir. 2000) (citing *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998)); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."); *Wolde-Meskel v. Vocational Instruction Project Cmty. Servs., Inc.*, 166 F.3d 59, 62 (2d Cir. 1999) ("Satisfaction of the § 1332(a) diversity requirements (amount in controversy and citizenship) is determined as of the date that suit is filed—the 'time-of-filing' rule.").

      SO ORDERED.

Dated: April 26, 2019
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge