# Milbank

**SEAN M. MURPHY**

*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: 212.530.5688
smurphy@milbank.com | milbank.com

April 29, 2019

**VIA ECF**

Hon. Analisa Torres
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Financial Guaranty Insurance Company v. Putnam Advisory Company, LLC*, No. 12-cv-7372 (S.D.N.Y.)

Dear Judge Torres:

     We represent Defendant Putnam Advisory Company, LLC ("Putnam") in the above-captioned action. Pursuant to the Court's April 26, 2019 Order (ECF No. 154), Putnam hereby states that it is a Delaware limited liability company formed pursuant to and in accordance with the Delaware Limited Liability Company Act, Del. Code. tit. 6, § 18-101 *et seq.*, as amended from time to time (the "Delaware Act"), as of December 29, 2000. As of October 1, 2012, the date Plaintiff Financial Guaranty Insurance Company filed the complaint in the above-captioned action, (i) the sole member of Putnam was Putnam U.S. Holdings I, LLC ("PUSH I"), a Delaware limited liability company formed pursuant to and in accordance with the Delaware Act, and (ii) the principal place of business of each of Putnam and PUSH I was One Post Office Square, Boston, Massachusetts 02109.

Respectfully submitted,

Sean M. Murphy

cc:    All Counsel of Record (via email)

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO