USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2019____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FINANCIAL GUARANTY INSURANCE COMPANY,

                Plaintiff,

-against-                              12 Civ. 7372(AT)

The Putnam Advisory Company, LLC,        **ORDER**

                Defendant.

ANALISA TORRES, District Judge:

    Having reviewed Defendant's letter dated April 29, 2019, ECF No. 156, it is hereby ORDERED that by **April 30, 2019**, Defendant shall file a letter setting forth the citizenship of each constituent person or entity of Putnam U.S. Holdings I, LLC, including the full citizenship of each constituent limited liability company (if any), at the time the complaint was filed.

    SO ORDERED.

Dated: April 29, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge