# Milbank

**SEAN M. MURPHY**

*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: 212.530.5688
smurphy@milbank.com | milbank.com

April 30, 2019

**VIA ECF**

Hon. Analisa Torres
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *Financial Guaranty Insurance Company v. Putnam Advisory Company, LLC*, No. 12-cv-7372 (S.D.N.Y.)

Dear Judge Torres:

    We represent Defendant Putnam Advisory Company, LLC ("Putnam") in the above-captioned action. Pursuant to the Court's April 29, 2019 Order (ECF No. 157), Putnam hereby states the following regarding the citizenship of each constituent person or entity of Putnam U.S. Holdings I, LLC ("PUSH I") as of October 1, 2012, the date Plaintiff Financial Guaranty Insurance Company filed the complaint in the above-captioned action:

    i.   The sole member of PUSH I was Putnam Acquisition Financing LLC ("PAFL"), a Delaware limited liability company with its principal place of business in Boston, Massachusetts;

    ii.   The members of PAFL were Putnam Acquisition Financing Inc., a Colorado corporation with its principal place of business in Boston, Massachusetts, and Great-West Lifeco Finance (Delaware), LLC ("GWL Finance LLC"), a Delaware limited liability company with its principal place of business in Greenwood Village, Colorado;

    iii.   The members of GWL Finance LLC were Great-West Lifeco Finance (Delaware) LP ("GWL Finance LP"), a Delaware limited partnership with its principal place

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO

Hon. Analisa Torres
April 30, 2019                                                                                                          Page 2

        of business in Greenwood Village, Colorado, and The Great West Life Assurance Company, a Canadian life insurance company with its principal place of business in Winnipeg, Manitoba, Canada;

iv.    The general partner of GWL Finance LP was 2142540 Ontario Inc., an Ontario, Canada corporation with its principal place of business in Canada; and

v.    The sole limited partner of GWL Finance LP was Great-West Lifeco Inc., a Canadian corporation with its principal place of business in Winnipeg, Manitoba, Canada.

Respectfully submitted,

Sean M. Murphy

cc:    All Counsel of Record (via email)