UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FINANCIAL GUARANTY INSURANCE COMPANY,

        Plaintiff,

-against-

THE PUTNAM ADVISORY COMPANY, LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2020

12 Civ. 7372 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of recent public health developments, the trial set to commence on April 27, 2020 is ADJOURNED *sine die*. This order does not adjourn the deadlines set forth in the Court's March 13, 2020 order. ECF No. 294.

    SO ORDERED.

Dated: March 17, 2020
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge