```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/5/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                :
FINANCIAL GUARANTY INSURANCE COMPANY,  :
                :
        Plaintiff,              :
                :    12-cv-7372 (LJL)
   -v-                    :
                :    <u>ORDER</u>
THE PUTNAM ADVISORY COMPANY, LLC,   :
                :
        Defendant.          :
                :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      IT IS HEREBY ORDERED that, no later than 12:30 p.m. today, the parties should electronically file a list of all witnesses each side intends to call, including their titles or positions, and indicating which are experts. For experts, the parties should should indicate where on the docket (if at all) the expert report appears.

      IT IS FURTHER ORDERED that, no later than June 6, 2020 at 12:00 p.m., the parties should email the Court PDF copies of all opinions that each side relies on in their pretrial briefs and proposed findings of fact and conclusions of law. The opinions should be separated by topic (*e.g.*, fraud, negligent misrepresentation, transaction causation, loss causation, damages). The parties should be prepared to mail hard copies of those filings, as will be further indicated by the Court.

      SO ORDERED.

Dated: June 5, 2020                              _____
      New York, New York                      LEWIS J. LIMAN
                                        United States District Judge