```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
      :
FINANCIAL GUARANTY INSURANCE COMPANY,   :
      :
      Plaintiff,       :
      :    12-cv-7372 (LJL)
  -v-       :
      :    ORDER
THE PUTNAM ADVISORY COMPANY, LLC,     :
      :
      Defendant.       :
      :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     IT IS HEREBY ORDERED that the parties shall appear for a telephonic conference on June 22, 2020 at 3:30 p.m. The parties are directed to call (888) 251-2909 and use access code 2123101.

     The Court requests each side to advise it by letter, not to exceed five single-spaced pages and filed on ECF no later than 5:00 p.m. on June 19, 2020, its position on whether the Court should set down separate issues for trial, pursuant to Fed. R. Civ. P. 42(b), including whether it should try issues of liability (including transaction causation) prior to trying issues of loss causation and damages (should liability and transaction causation be established). Each party should cite relevant authority and discuss—with specificity as to witnesses and evidence—whether separate trials would be expeditious and economical.

     SO ORDERED.

Dated: June 10, 2020                       _____
      New York, New York                   LEWIS J. LIMAN
                                          United States District Judge