```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                :
FINANCIAL GUARANTY INSURANCE COMPANY,  :

                            Plaintiff,                        :
                                                             :            12-cv-7372 (LJL)
               -v-                                   :
                                                             :             <u>ORDER</u>
THE PUTNAM ADVISORY COMPANY, LLC,      :

                         Defendant.                   :
                                                             :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the parties' letters respecting bifurcation of the trial. (Dkt. Nos. 311, 312.) No later than 3:00 p.m. on June 22, 2020, each party shall submit a response to the opposing party's letter that does not exceed three pages.

      IT IS FURTHER ORDERED that the conference previously set for June 22, 2020 is ADJOURNED to June 23, 2020 at 10:00 a.m. It will proceed telephonically. The parties are directed to call (888) 251-2909 and use access code 2123101.

      SO ORDERED.

Dated: June 19, 2020                                  _____
      New York, New York                        LEWIS J. LIMAN
                                                United States District Judge