Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Sean Baldwin
Partner
212 390 9007
sbaldwin@selendygay.com



June 19, 2020

<u>Via ECF</u>

Hon. Lewis J. Liman
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Financial Guaranty Insurance Company v. The Putnam Advisory Company, LLC*, No. 12-cv-7372 (S.D.N.Y.)

Dear Judge Liman,

    We write on behalf of Plaintiff Financial Guaranty Insurance Company ("FGIC") in the above-captioned action in response to the Court's request during the June 5, 2020 conference. FGIC provides the following list of witnesses for whom it is submitting declarations in its case-in-chief:

1. Thomas Adams
2. Derek Donnelly
3. Lynn Finkel
4. Elizabeth Menhenett
5. Fiachra O'Driscoll
6. Dana Skelton
7. Karl Snow, Ph.D.

Sincerely,

*/s/ Sean Baldwin*

Sean Baldwin
Partner

Cc:  All Counsel of Record (*via* ECF)