# Milbank

**SEAN MURPHY**

*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5688
smurphy@mlbank.com  |  milbank.com

June 19, 2020

**VIA ECF**

Hon. Lewis J. Liman
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Financial Guaranty Insurance Company v. The Putnam Advisory Company, LLC*, No. 12-cv-7372 (S.D.N.Y.)

Dear Judge Liman:

      This firm represents Defendant The Putnam Advisory Company, LLC ("Putnam") in the above-captioned action. Pursuant to Rule 5.A(x) of Your Honor's Individual Practices in Civil Cases, Putnam hereby provides designations of deposition testimony that Putnam will offer in its case-in-chief, as well as counter-designations and objections. For ease of review, Putnam is providing designations in two formats: (1) in list form, which indicate Putnam's affirmative designations, Plaintiff Financial Guaranty Insurance Company's ("FGIC") counter-designations, and each party's objections; and (2) highlighted transcripts, which indicate Putnam's affirmative designations in red highlighting and FGIC's counter-designations in green highlighting.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO

Hon. Lewis J. Liman  
June 19, 2020 Page 2

      Additionally, pursuant to Rule 5.C(ii) of Your Honor's Individual Practices in Civil Cases, Putnam hereby provides synopses of deposition testimony that Putnam will offer as substantive evidence at trial.

      Respectfully submitted,

      */s/ Sean Murphy*  
      Sean Murphy

cc:    All Counsel of Record (*via* ECF)