UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINANCIAL GUARANTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>THE PUTNAM ADVISORY COMPANY, LLC,<br><br>　　　　　　Defendant. | No. 12 Civ. 7372 (LJL) |

### [PROPOSED] FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58

The Court held a bench trial in this matter on July 6-9, 13-16, 20-22, and 30, 2020; on August 27, 2020, the Court rendered its Findings of Fact and Conclusions of Law (ECF Dkt. No. 401) holding that Plaintiff Financial Guaranty Insurance Company had not proved its claims of fraud, negligence, and negligent misrepresentation and that Defendant The Putnam Advisory Company, LLC ("Putnam") had prevailed on Plaintiff's claims.

It is hereby **ORDERED** that final judgment is entered for Putnam on each of Plaintiff's claims for fraud, negligence, and negligent misrepresentation.

**SO ORDERED.**

Dated: September 10, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LEWIS J. LIMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Court