UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
    :
FINANCIAL GUARANTY INSURANCE COMPANY,   :
    :
            Plaintiff,    :
    :    12-cv-7372 (LJL)
   -v-    :
    :    <u>ERRATA ORDER</u>
THE PUTNAM ADVISORY COMPANY, LLC,    :
    :
            Defendant.    :
    :
------------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020
```

LEWIS J. LIMAN, United States District Judge:

      The Opinion and Order filed on August 27, 2020 at Dkt. No. 401 contained several unintentional or typographical errors. Along with this Errata Order the Court is separately filing an Amended Opinion and Order correcting those errors. The errors and corrections reflected in the Amended Opinion and Order have no impact on the Court's findings or its conclusions or on the Judgment of the Court.

      SO ORDERED.

Dated: September 14, 2020
      New York, New York

                                                 LEWIS J. LIMAN
                                                United States District Judge

1